**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-36814 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | CATHERINE STEEGE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ROSIE MARIA POWELL | | | | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/08/2020 |
| For Period Ending: | 07/27/2021 | | | | Claims Bar Date: | 06/08/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. checking account with - Illiana Financial | 7.00 | 0.00 | | 0.00 | FA | 0.00 | 7.00 |
| 2. Household Goods; tv, dvd player, couch, stereo/radio, utensils, pots and pans, vacuum, table, chairs, lamps, entertainment center, bedroom set, cellphone, rugs | 1,350.00 | 0.00 | | 0.00 | FA | 0.00 | 1,350.00 |
| 3. Books, CD's, DVD's, Tapes/Records, Family Pictures | 80.00 | 0.00 | | 0.00 | FA | 0.00 | 80.00 |
| 4. Necessary Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 5. Earrings, watch, costume jewelry | 45.00 | 0.00 | | 0.00 | FA | 0.00 | 45.00 |
| 6. 2014 expected tax refund | 5,410.00 | 0.00 | | 0.00 | FA | 0.00 | 3,134.00 |
| 7. Santander - 2011 Mitsubishi Galant with 53,000 miles (Joint with debtor's daughter) | 9,550.00 | 0.00 | | 0.00 | FA | 13,531.00 | 0.00 |
| 8. Payment from Wells Fargo (u) | 0.00 | 12,427.80 | | 12,427.80 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $16,492.00   $12,427.80   $12,427.80   $0.00   $13,531.00   $4,666.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case by prior trustee. Final Report submitted to UST 7/22/2021.

7/22/2021

RE PROP #   8   --   Payment from Wells Fargo related to Wells Fargo Settlement to Borrowers

Initial Projected Date of Final Report (TFR): 08/31/2021    Current Projected Date of Final Report (TFR): 08/31/2021

Case 14-36814 Doc 30 Filed 07/27/21 Entered 07/27/21 15:03:18 Desc Page 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-36814 | Trustee Name: CATHERINE STEEGE, TRUSTEE |
| Case Name: ROSIE MARIA POWELL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0118 |
| | Checking |
| Taxpayer ID No: XX-XXX3956 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/27/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/05/21 | 8 | WELLS FARGO AUTO | REIMUBRSEMENT OF CPI OVERPAYMENT FROM 6/5/10 -6/5/11 AUTO LOAN Reimbursement of Collateral Protection Insurance (CPI) Overpayment | 1249-000 | $12,427.80 | | $12,427.80 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.95 | $12,415.85 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.27 | $12,402.58 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.69 | $12,388.89 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $12,427.80 | $38.91 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,427.80 | $38.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,427.80 | $38.91 |

Page Subtotals: $12,427.80 $38.91

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0118 - Checking | $12,427.80 | $38.91 | $12,388.89 |
|  | $12,427.80 | $38.91 | $12,388.89 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,427.80 |
| Total Gross Receipts: | $12,427.80 |

Page Subtotals:    $0.00    $0.00