# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROSIE MARIA POWELL, | ) | Case No. 14-36814 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Monday, September 13, 2021, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Timothy A. Barnes or before any other judge who may be sitting in his place, and present the attached **Trustee's Application for Compensation and Expenses**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                        CATHERINE STEEGE, not individually but as Chapter 7 trustee for the bankruptcy estate of Rosie Maria Powell

                                        */s/Catherine Steege*
                                        One of Her Attorneys

Catherine Steege (6183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654-3456
(312) 222-9350
(312) 527-0484

Dated: August 4, 2021

## CERTIFICATE OF SERVICE

I, Catherine Steege, an attorney, certify that on August 4, 2021, I served the foregoing **Notice of Motion** and the **Trustee's Application for Compensation and Expenses** on all counsel of record listed on the Court's ECF Service List by the Court's ECF service and as indicated to the parties on the Service List by First Class U.S. Mail, postage prepaid and properly addressed.

        /s/ *Catherine Steege*
        Catherine Steege

# SERVICE LIST
14-36814

**VIA ECF Notification:**

- **Adam G. Brief**  Adam.Brief@usdoj.gov
- **Patrick S. Layng**  USTPRegion11.ES.ECF@usdoj.gov

**By First Class Mail:**

Atlas Acquisition LLC
492C Cedar Lane Suite 442
Teaneck, NJ 0766-1713

Recovery Management Systems Corporation
25 SE Second Avenue, Suite 1120
Miami, FL 33131

SANTANDER CONSUMER USA
8585 N Stemmons Frwy Ste 1100 North
Dallas, TX 75247

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn, 7th FL
Chicago, IL 60604-1702

AFNI
c/o AT&T Mobility
PO Box 3517
Bloomington, IL 61702-3517

ASPEN
Attn: Bankruptcy Dept.
PO Box 105555
Atlanta, GA 30348-5555

American Medical Coll. Agency
c/o Quest Diagnostic Inc.
4 Westchester Plaza Suite 110
Elmsford, NY 10523-1615

Americash Loans
Bankruptcy Department
17340 Torrence Ave
Lansing, IL 60438-1019

Aspen Mastercard
c/o Midland Credit MGMT In
8875 Aero Dr
San Diego, CA 92123-2251

Autovest LLC
Attn: Bankruptcy
26261 Evergreen Rd Suite 390
Southfield, MI 48076-4447

Balanced Healthcare Receivables LLC
Bankruptcy Department
164 Burke Street Suite 201
Nashua, NH 03060-4783

Bostwick Laboratories
Bankruptcy Department
PO Box 403751
Atlanta, GA 30384-3751

CNAC/Mi106
Attn: Bankruptcy Dept.
3692 Airline Rd
Norton Shore, MI 49444-3863

Capital Management Services
c/o Capital One
726 Exchange St., Ste. 700
Buffalo, NY 14210-1464

Capital One Bank
Bankruptcy Dept.
PO Box 60024
City of Industries, CA 91716-0024

Capital Recovery V, LLC
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Cavalry Investments, Inc.
c/o Sprint
PO Box 27288
Tempe, AZ 85285-7288

Clerk First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm 1001
Chicago, IL 60602-1316

Collect America
Bankruptcy Dept.
1999 Broadway, Ste. 3850
Denver, CO 80202-3025

Comcast
41112 Concept Dr
Plymouth, MI 48170-4253

Comcast
c/o Credit Protection ASSO
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

Comcast Chicago Seconds – 4000
c/o Credit Management LP
4200 International Pkwy
Carrollton, TX 75007-1912

Contract Callers Inc.
c/o COMED
PO Box 212489
Augusta, GA 30917-2489

Convergent Outsourcing Inc.
c/o Montgomery Ward
PO Box 9004
Renton, WA 98057-9004

Credit Collection Services
c/o AT&T
Two Wells Ave, Sept. 7249
Newton, MA 02459-3225

Credit Management, Inc.
c/o Comcast Chicago
4200 International Pkwy
Carrollton, TX 75007-1912

EMP of Cook County LLC
c/o Tate & Kirlin Assoc
2810 Southampton Rd
Philadelphia, PA 19154-1207

Emergency Medical Physicians
Bankruptcy Dept.
PO Box 6069, Dept. 21
Indianapolis, IN 46206-6069

First National Coll. Bureau
c/o LVNV Funding LLC
610 Waltham Way
Sparks, NV 89437-6695

Franklin Collection Service, Inc.
Bankruptcy Department
PO Box 3910
Tupelo, MS 38803-3910

Global Acceptance Credit Co.
c/o Corinthian Colleges Inc. / Everest cen
5850 Interstate 20, Suite 100
Arlington, TX 76017-1071

Illinois Department of Revenue
Bankruptcy Department
PO Box 19023
Springfield, IL 62794-9023

Invoice Audit Services
Bankruptcy Department
PO Box 559
Moon Township, PA 15108-0559

Irene Powell
1248 Mackinaw Ave, 1A
Calumet City, IL 60509-5710

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

LVNV Funding
Bankruptcy Dept.
PO Box 10497
Greenville, SC 29603-0497

2

LVNV Funding LLC
Bankruptcy Dept.
PO Box 10584
Greenville, SC 29603-0584

LVNV Funding, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lucas, Holcomb & Medrea
Bankruptcy Dept.
PO Box 10626
Merrillville, IN 46411-0626

MCM
c/o First Bank and Trust
PO Box 603, Dept. 12421
Oaks, PA 19456-0603

Midland Funding, LLC
Bankruptcy Dept.
8875 Aero Drive #200
San Diego, CA 92123-2255

NCO Financial System
Bankruptcy Dept.
PO Box 15630
Wilmington, DE 19850-5630

NCO Financial Systems, Inc.
c/o Pendrick Capital Partners
507 Prudential Rd
Horsham, PA 19044-2308

Northland Group
c/o Capital One
PO Box 390846
Edina, MN 55439-0846

Northland Group Inc.
c/o General Electric Capital Corporation
PO Box 390846
Edina, MN 55439-0846

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Publishers Clearing House
Bankruptcy Department
PO Box 6344
Harlan, IA 51593-1844

Rnb-Fields3
Attn: Bankruptcy Dept.
PO Box 9475
Minneapolis, MN 55440-9475

Santander Consumer USA
Attn: Bankruptcy Dept.
PO Box 961245
Ft. Worth, TX 76161-0244

St. James Health Center
Bankruptcy Department
37653 Eagle Way
Chicago, IL 60678-0376

Vengroff Williams Inc.
c/o Bostwock Laboratories
PO Box 4155
Sarasota, FL 34230-4155

Wells Fargo Auto
c/o Autovest
4902 Louise Dr.
Mechanicsburg, PA 97055-4800

William H. Hunter
Bankruptcy Cept.
29 S. LaSalle #950
Chicago, IL 60603

Wow Cable
Bankruptcy Department
Box 5715
Carol Stream, IL 60197-5715

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604-2027

Rosie Maria Powell
1248 Mackinaw Ave, Apt 1A
Calumet city, IL 60509-5710

3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ROSIE MARIA POWELL, | ) | Case No. 14-36814 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

Catherine Steege, Trustee herein, pursuant to 11 U.S.C. § 330, respectfully requests $176.49 as compensation and $141.12 for reimbursement of expenses.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are 529.47. Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | |
|---|---|
| 25% of First $5,000 | $176.49 |
| TOTAL COMPENSATION | $176.49 |

Attached as <u>Exhibit A</u> is an itemized statement of the services rendered by the Trustee to this estate. This case was previously assigned to a panel trustee who since resigned. Upon being notified of the refund from a former lender to the debtor, she arranged to have the case re-opened. She also sent the refund back to the lender. The Trustee was appointed upon re-opening as the successor trustee. The Trustee and her assistant had to spend considerable time tracking down the check and getting it reissued and addressing questions from the Debtor, who is now pro se. She also conducted a new §341 meeting of the Debtor, complied with the United States Trustee reporting requirements, reviewed filed claims, and prepared a final report. She will also take all steps necessary to close the estate and make final distributions to creditors. Attached as

Exhibit B is a detailed list of all expenses for which the Trustee seeks reimbursement. These expenses consist of the cost of copying the final report and mailing it to creditors.

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above-captioned case.

        CATHERINE STEEGE, not individually but as
        Chapter 7 trustee for the bankruptcy estate of
        Rosie Maria Powell

        BY:     */s/ Catherine Steege*
                One of Her Attorneys

Catherine Steege (06183529)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois  60654
Telephone 312-923-2952
Facsimile: 312-840-7352

Dated:  August 4, 2021

# EXHIBIT A
## TO TRUSTEES FEE APPLICATION

### IN RE ROSIE MARIA POWELL
### 14-36814

| Date | | Hours | Description |
|---|---|---|---|
| 11/20/20 | CS | .50 | Conducted § 341 meeting. |
| 11/23/20 | CS | .30 | Conversation with Ms. Powell re check. |
| 11/23/20-6/29/21 | CS | 2 to 3 hours | Multiple conversations with Ms. Powell and Bank re missing check; locating check and case process |
| 6/29/21 | CS | .80 | Prepared fee petition for final report. |
| 6/29/21 | CS | 1.00 | Prepared final UST report. |
| 7/15/21 | CS | .40 | Lengthy phone conference with Ms. Powell re the process of closing a case. |
| 7/22/21 | CS | .50 | Finalized final UST report. |
| 7/22/21 | CS | .20 | Prepared Annual report to U.S. Trustee |

**5.70 to 6.70   PROFESSIONAL SERVICES**

**FUTURE ESTIMATED TIME:**

| | | | |
|---|---|---|---|
| | CS | 1.00 | Attend final hearing. |
| | CS | <u>1.00</u> | Prepare distribution checks and close case. |
| | | 2.00 | PROFESSIONAL SERVICES |

**EXHIBIT B**
**TO TRUSTEES FEE APPLICATION**

**IN RE ROSIE MARIA POWELL**
**14-36814**

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Photocopies (cost of copying final report) | $73.92 |
| Postage (cost of mailing out final report) | 67.20 |
| **TOTAL** | **$141.12** |